UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | M.B.D. No. 10-MC-40020-FDS |
| | ) | |
| LEE F. JOHNSON, III, | ) | |
| Respondent. | ) | |

**PETITIONER'S MOTION TO
CONTINUE SHOW CAUSE HEARING (Assented to)**

NOW COMES, the Petitioner, the United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), and by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, and hereby moves this Court to continue the Hearing which is scheduled for October 15, 2010, to a date on or after November 15, 2010 , whichever is convenient to this Court.

As grounds therefore, Petitioner states that the Respondent has represented that he is making efforts to comply with Internal Revenue Service Summons. Given the fact that the Respondent has taken steps toward compliance with the summons, the United States respectfully requests that this Motion be granted and that the Court set a new date convenient to the Court for the Show Cause hearing on or after November 15, 2010.  The United States will inform the Court in advance of the rescheduled hearing if the respondent complies with the summons.  No prior request for continuance of this hearing has been made.

By its attorney,

CARMEN M. ORTIZ
United States Attorney

/s/ James J. Fauci
JAMES J. FAUCI
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Dated: October 13, 2010  (617) 748-3298

**Certificate of Service**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent first class mail, postage prepaid, to those indicated on the NEF as non-registered pro se participants on October 13, 2010.

Lee F. Johnson, III
75 Lindell Ave.
Leominster, MA 01453

By: /s/ James J. Fauci
     Assistant U.S. Attorney